UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

INNOVATIV MEDIA GROUP, INC., a Wyoming corporation; TTP8, LLC, a Delaware limited liability company
     Plaintiff(s),

vs.

MICHAEL BEYS; RICHARD DE SILVA; LATERAL COMPANIES, et al
     Defendant(s).

Case # 2:22-cv-01184-JCM-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

   Andrew K. Stutzman   , Petitioner, respectfully represents to the Court:
   (name of petitioner)

  1.  That Petitioner is an attorney at law and a member of the law firm of

      Stradley Ronon Stevens & Young LLP
          (firm name)

with offices at    2005 Market Street, Suite 2600   ,
         (street address)

  Philadelphia  ,  Pennsylvania  ,  19103  ,
   (city)      (state)      (zip code)

  215-564-8000  ,  astutzman@stradley.com  .
(area code + telephone number)    (Email address)

  2.  That Petitioner has been retained personally or as a member of the law firm by

Innovativ Media Group, Inc. and TTP8, LLC to provide legal representation in connection with
   [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **November 21, 1994** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Pennsylvania** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attached List | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 05/23/2019 | McNamara v. Hallinan 2:17-cv-2966 | U.S. District Court, Nevada | Granted |
| 05/23/2019 | McNamara v. Hallinan 2:17-cv-2967 | U.S. District Court, Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Pennsylvania__ )
)
COUNTY OF __Philadelphia__ )

__Andrew K. Stutzman__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__22nd__ day of __August__, __2022__.

_____
Notary Public or Clerk of Court

Commonwealth of Pennsylvania - Notary Seal
Salvatore V. Pastino, Notary Public
Philadelphia County
My commission expires May 6, 2026
Commission number 1126055

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Therese M. Shanks__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Fennemore Craig, P.C.; 7800 Rancharrah Parkway__,
(street address)

__Reno__, __Nevada__, __89511__,
(city) (state) (zip code)

__775-788-2257__, __tshanks@fennemorelaw.com__,
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Therese M. Shanks_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Suneet Singal, Manager
(type or print party name, title)

_____
(party's signature)

Tom Coleman, CEO
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____Therese Shanks_____
Designated Resident Nevada Counsel's signature

12890                    tshanks@fennemorelaw.com
Bar number              Email address

APPROVED:

Dated: August 24, 2022

_____James C. Mahan_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**4. Court Admissions**

| Court | Date Admitted | Bar No. |
|---|---|---|
| U.S. Supreme Court | 10/05/2015 | N/A |
| U.S. Court of Appeals for the First Circuit | 03/10/2016 | N/A |
| U.S. Court of Appeals for the Second Circuit | 10/15/2007 | N/A |
| U.S. Court of Appeals for the Third Circuit | 07/14/1995 | N/A |
| U.S. Court of Appeals for the Fourth Circuit | 04/25/2011 | N/A |
| U.S. Court of Appeals for the District of Columbia | 05/30/2014 | 1005843 |
| U.S. District Court for the Eastern District of Pennsylvania | 10/30/1997 | 72922 |
| U.S. District Court for the Middle District of Pennsylvania | 02/13/1995 | 72922 |
| U.S. District Court for the Western District of Pennsylvania | 05/13/2008 | 72922 |
| U.S. District Court for the District of New Jersey | 12/30/1994 | 054561994 |
| U.S. District Court for the District of Colorado | 12/03/2021 | N/A |
| U.S. District Court for the District of Columbia | 05/07/2012 | 1005843 |
| U.S. District Court for the Northern District of Florida | 03/14/2006 | N/A |
| U.S. District Court for the Northern District of Illinois | 01/10/2005 | N/A |
| U.S. District Court for the Northern District of Indiana | 09/19/2005 | N/A |
| U.S. District Court for the District of Maryland | 07/15/2011 | 1106130008 |
| U.S. District Court for the Eastern District of Michigan | 02/08/2008 | N/A |
| U.S. District Court for the Southern District of New York | 11/04/2014 | 5034517 |
| U.S. District Court for the Eastern District of New York | 11/04/2014 | 5034517 |
| U.S. District Court for the Northern District of New York | 12/03/2014 | 5034517 |
| U.S. District Court for the Western District of New York | 12/04/2014 | 5034517 |
| U.S. District Court for the Easter District of Texas | 10/20/2005 | N/A |
| New Jersey Supreme Court | 12/19/1994 | 72922 |
| Pennsylvania Supreme Court | 11/21/1994 | 72922 |
| Maryland Supreme Court | 06/13/2011 | 1106130008 |
| New York Supreme Court | 04/24/2012 | 5034517 |
| District of Columbia | 05/07/2012 | N/A |



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Andrew Karl Stutzman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 24, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on July 19, 2022.

*Robert D. Mayberger*

Clerk of the Court

CertID-00075618



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3.AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirteenth day of June, 2011,

## Andrew Karl Stutzman

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of August, 2022.

_____
Clerk of the Court of Appeals of Maryland



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Andrew K. Stutzman, Esq.*

DATE OF ADMISSION

*November 21, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: July 25, 2022

_____
Elizabeth E. Zisk
Chief Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Andrew Stutzman

was duly qualified and admitted on February 6, 2012 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 22, 2022.*

**JULIO A. CASTILLO**
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Andrew K Stutzman** (No. **054561994**) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 1994** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 27th day of July, 20 22.

Heather J Baker
Clerk of the Supreme Court

-453a-