**LEX DOMUS LAW**
Daniel S. Cereghino, Esq.
NV Bar No.: 11534
Brandi M. Planet, Esq.
Nevada Bar No. 11710
Austin M. Maul, Esq.
Nevada Bar No. 15596
1712 Tesara Vista Place
Las Vegas, Nevada 89128
Telephone: (702) 533-4661
Facsimile: (702) 472-8605
dan@lexdomuslaw.com
brandi@lexdomuslaw.com
austin@lexdomuslaw.com
*Attorneys for Lateral U.S. Credit Opportunities Fund QP, L.P.,*
*Lateral Credit Opportunities, LLC,*
*Lateral Investment Management, LLC,*
*Lateral Fte Feeder, LLC, and*
*Lateral Juscom Feeder, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INNOVATIV MEDIA GROUP, INC., a Wyoming corporation; TTP8, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BEYS; RICHARD DE SILVA; LATERAL U.S. OPPORTUNITIES FUND AI, L.P., a Delaware Limited Partnership; LATERAL U.S. CREDIT OPPORTUNITIES FUND QP, L.P., a Delaware Limited Partnership; LATERAL CREDIT OPPORTUNITIES, LLC, a Delaware limited liability company; LATERAL INVESTMENT MANAGEMENT, LLC, a Delaware limited liability company; LATERAL FTE FEEDER, LLC, a Delaware limited liability company; LATERAL JUSCOM FEEDER, LLC, a Delaware limited liability company; DOES I-X; ROE Entities, I-X,<br><br>Defendants.<br>- and –<br>FTE NETWORKS INC., nominal party. | **Case No.** 2:22-cv-01184-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' VERIFIED COMPLAINT**<br><br>**(Second Request)** |

1. Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1 and 6-2, Plaintiffs Innovativ Media Group, INC. and TTP8, LLC and Defendants Lateral U.S. Credit Opportunities Fund QP, L.P., Lateral Credit Opportunities, LLC, Lateral Investment Management, LLC, Lateral Fte Feeder, LLC, and Lateral Juscom Feeder, LLC (collectively the "Lateral Companies") stipulate through their undersigned counsel that the Lateral Companies' deadline to file a response to Plaintiffs' Verified Complaint be extended from August 31, 2022 to September 14, 2022. Plaintiffs consent to the extension. It is further agreed that nothing in this stipulation shall be deemed to waive or prejudice any claims or defenses of any party to this action.

2. The extension is requested because Plaintiff filed another Federal Action (see case No.: 2:22-cv-01362), which included an emergency motion for a temporary restraining order. To allow the Lateral Companies sufficient time to potentially resolve the issues in the new matter and to discuss other related issues, the Lateral Companies require an extension for its response to the complaint in this matter. No other defendants have appeared in the case and there will be no prejudice to other parties if this extension is granted.

DATED this 31st day of August, 2022.

| **FENNEMORE CRAIG, P.C.** | **LEX DOMUS LAW** |
|---|---|
| By: */s/ Therese M. Shanks*<br>Therese M. Shanks, Esq. (SBN 12890)<br>Wade Beavers, Esq. (SBN 13451)<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511<br><br>Andrew K. Stuztman, Esq.<br>(PA Bar No. 72922)<br>Adam Petitt, Esq. (PA Bar No. 319609)<br>Stradley Ronon Stevens & Young, LLP<br>2005 Market Street, Ste. 2600<br>Philadelphia, PA 19103-7018<br>*Pro Hac Vice Pending*<br>*Attorneys for Plaintiffs* | By: */s/ Brandi M. Planet*<br>Daniel S. Cereghino, Esq.<br>NV Bar No.: 11534<br>Brandi M. Planet, Esq.<br>Nevada Bar No. 11710<br>Austin M. Maul, Esq.<br>Nevada Bar No. 15596<br>1712 Tesara Vista Place<br>Las Vegas, Nevada 89128<br>*Attorneys for Lateral U.S. Credit Opportunities Fund QP, L.P., Lateral Credit Opportunities, LLC, Lateral Investment Management, LLC, Lateral Fte Feeder, LLC, and Lateral Juscom Feeder, LLC* |

DATED this 31st day of August, 2022.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE