Therese M. Shanks, Esq. (SBN 12890)
Wade Beavers, Esq. (SBN 13451)
Chelsie Adams, Esq. (SBN 13058)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: 775-788-2228  Fax: 775-788-2229
tshanks@fennemorelaw.com; wbeavers@fennemorelaw.com; cadams@fennemorelaw.com

Andrew K. Stutzman, Esq. (PA Bar No. 72922)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Ste. 2600
Philadelphia, PA 19103-7018
Tel: 215-564-8728  Fax: 215-564-8210
AStuztman@stradley.com
*Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INNOVATIV MEDIA GROUP, INC., a Wyoming corporation; TTP8, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>vs.<br><br>MICHAEL BEYS; RICHARD DE SILVA; LATERAL U.S. OPPORTUNITIES FUND AI, L.P., a Delaware Limited Partnership; LATERAL U.S. CREDIT OPPORTUNITIES FUND QP, L.P., a Delaware Limited Partnership; LATERAL CREDIT OPPORTUNITIES, LLC, a Delaware limited liability company; LATERAL INVESTMENT MANAGEMENT, LLC, a Delaware limited liability company; LATERAL FTE FEEDER, LLC, a Delaware limited liability company; LATERAL JUSCOM FEEDER, LLC, a Delaware limited liability company; DOES I-X; ROE Entities, I-X,<br><br>Defendants.<br>- and –<br><br>FTE NETWORKS INC., nominal party. | CASE NO.:   **2:22-cv-01184-JCM-EJY**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER VERIFIED AMENDED COMPLAINT**<br><br>**(Third Request)** |

# STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER VERIFIED AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1 and 6-2, Plaintiffs Innovativ Media Group, INC. and TTP8, LLC and Defendants Michael Beys, Richard de Silva, Lateral U.S. Credit Opportunities Fund QP, L.P., Lateral Credit Opportunities, LLC, Lateral Investment Management, LLC, Lateral Fte Feeder, LLC, and Lateral Juscom Feeder, LLC (collectively the "Defendants") stipulate through their undersigned counsel that the Defendants' deadline to file a response to Plaintiffs' Verified Amended Complaint be extended to October 14, 2022. Plaintiffs consent to the extension. It is further agreed that nothing in this stipulation shall be deemed to waive or prejudice any claims or defenses of any party to this action.

DATED this 14th day of September, 2022.

FENNEMORE CRAIG, P.C.

By: _/s/ Therese M. Shanks_
Therese M. Shanks, Esq. (SBN 12890)
Wade Beavers, Esq. (SBN 13451)
Chelsie Adams, Esq. (SBN 13058)
7800 Rancharrah Parkway
Reno, Nevada 89511

-AND-

Andrew K. Stutzman, Esq. (PA Bar No. 72922)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Ste. 2600
Philadelphia, PA 19103-7018
Tel: 215-564-8728  Fax: 215-564-8210
AStuztman@stradley.com
*Pro Hac Vice*

*Attorneys for Plaintiffs*

DATED this 14th day of September, 2022.

LEX DOMUS LAW

By: _/s/ Daniel S. Cereghino_
Daniel S. Cereghino, Esq. (SBN 11534)
Brandi M. Planet, Esq. (SBN 11710)
Austin M. Maul, Esq. (SBN 15596)
1712 Tesara Vista Place
Las Vegas, Nevada 89128

*Attorneys for Defendants*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

2