1
2
3
4

Andrew K. Stutzman, Esq. (PA Bar No. 72922)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
Tel: 215-564-8728
AStuztman@stradley.com
*Pro Hac Vice, Attorney for Plaintiffs*

5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| INNOVATIV MEDIA GROUP, INC., a Wyoming corporation; TTP8, LLC, a Delaware limited liability company, | CASE NO.:    2:22-cv-01184-JCM-EJY |
| Plaintiffs, | |
| vs. | |
| MICHAEL BEYS; RICHARD DE SILVA; LATERAL U.S. OPPORTUNITIES FUND AI, L.P., a Delaware Limited Partnership; LATERAL U.S. CREDIT OPPORTUNITIES FUND QP, L.P., a Delaware Limited Partnership; LATERAL CREDIT OPPORTUNITIES, LLC, a Delaware limited liability company;  LATERAL INVESTMENT MANAGEMENT, LLC, a Delaware limited liability company; LATERAL FTE FEEDER, LLC, a Delaware limited liability company; LATERAL JUSCOM FEEDER, LLC, a Delaware limited liability company; DOES I-X; ROE Entities, I-X, | **STIPULATION AND ~~[PROPOSED]~~ ORDER SUBSTITUTING COUNSEL FOR PLAINTIFFS INNOVATIV MEDIA GROUP, INC. AND TTP8, LLC** |
| Defendants. | |
| – and – | |
| FTE NETWORKS INC., nominal party. | |

23

24

25

26

27

28

Please take notice that pursuant to Local Rule 11-6(c), Plaintiffs Innovativ Media Group, Inc. ("Innovativ") and TTP8, LLC ("TTP8") submit this Stipulation Substituting Counsel for Innovativ and TTP8 for this Court's approval and state as follows:

1.   The withdrawing attorneys are Catherine A. Reichenberg, Esq. and John R. Funk, Esq. of Gunderson Law Firm.

1    2.   The substitute attorney is Therese Shanks, Esq. of Fennemore Craig, who has already

2    appeared on behalf of Innovativ in *Innovativ Media Group, Inc. v. Beys, et al.*, Case No. 22-1362,

3    which was recently consolidated into the above-captioned case and subsequently closed. *See* D.E.

4    79 in Case No. 22-1362.

5    3.   Andrew K. Stutzman, Esq. of Stradley Ronon Stevens & Young, LLP, whose *pro hac vice*

6    appearance has already been entered, remains counsel to both Innovativ and TTP8 in the instant

7    action.

8    4.   All withdrawing, substituting, and remaining counsel, as well as Innovativ and TTP8 have

9    signed the instant Stipulation indicating their consent as required and seek the Court's approval to

10   effectuate the withdraw and substitution.

11

12   /s/ Catherine A. Reichenberg
     _____
13   Catherine A. Reichenberg, Esq. (NSB No. 10362)
     John R. Funk, Esq. (NSB No. 12372)
14   Gunderson Law Firm
     3895 Warren Way
15   Reno, NV 89509
     *Withdrawing Attorneys*
16   DATED:_____August 23, 2023_____

17

18    /s/ Therese Shanks
     _____
19   Therese Shanks, Esq. (NSB No. 12890)
     Fennemore Craig, P.C.
20   7800 Rancharrah Parkway
     Reno, NV 89511
21   *Substitute Attorney*
     DATED:_____August 23, 2023_____
22

23

24    /s/ Andrew K. Stutzman
     _____
     Andrew K. Stutzman, Esq., *admitted pro hac vice*
25   Stradley Ronon Stevens & Young, LLP
     2005 Market Street, Suite 2600
26   Philadelphia, PA 19103
     *Counsel for Innovativ Media Group, Inc. and TTP8, LLC*
27   DATED:_____August 23, 2023_____

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Innovativ Media Group, Inc., by and through its President, hereby consents to the substitution of Therese Shanks, Esq. and Andrew Stutzman, Esq. in the place and stead of Catherine A. Reichenberg, Esq. and John R. Funk, Esq., as its attorneys of record.

Dated: _Aug. 23, 2023_

INNOVATIV MEDIA GROUP, INC.

BY: Thomas Coleman
ITS: President

//
//
//

3

TTP8, LLC, by and through its Manager, hereby consents to the substitution of Therese Shanks, Esq. and Andrew Stutzman, Esq. in the place and stead of Catherine A. Reichenberg, Esq. and John R. Funk, Esq., as its attorneys of record.

Dated:   08/23/23

TTP8, LLC

BY: Majique Ladnier
ITS: Manager

//
//
//

4

## ORDER

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Therese Shanks, Esq. and Andrew K. Stutzman, Esq. are substituted as counsel for Innovativ Media Group, Inc. and TTP8, LLC in the place of Catherine A. Reichenberg, Esq. and John R. Funk, Esq.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  August 28, 2023