**Marquis Aurbach**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
acalaway@maclaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INNOVATIV MEDIA GROUP, INC.; TTP8, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BEYS; RICHARD DE SILVA; LATERAL U.S. OPPORTUNITIES FUND AI, L.P.; LATERAL U.S. CREDIT OPPORTUNITIES FUND QP, L.P.; LATERAL CREDIT OPPORTUNITIES, LLC; LATERAL INVESTMENT MANAGEMENT, LLC; LATERAL FTE FEEDER, LLC; LATERAL JUSCOM FEEDER, LLC; FTE NETWORKS, INC.<br><br>Defendant. | Case Number:<br>2:22-cv-001184-JCM-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiffs Innovativ Media Group, Inc. and TTP8, LLC hereby substitute Chad F. Clement, Esq. and Alexander K. Calway, Esq. of the law firm of Marquis Aurbach, 10001 Park Run Drive, Las Vegas, NV 89145, telephone number 702-382-0711 as attorneys of record in place and stead of Therese Shanks, Esq., of the law firm Fennemore Craig, P.C., and Andrew Karl Stutzman, Esq. and Adam J. Petitt, Esq., of the law firm Stradley Ronon Stevens & Young, LLP *(admitted pro hac vice)*.

. . .

. . .

MAC:17538-002 5295682_1

I consent to the above substitution.

DATED: November 22, 2023

_____
Plaintiff Innovative Media Group, Inc.

I consent to the above substitution.

DATED: November 22, 2023

_____
Plaintiff TTP8, LLC

I consent to the above substitution.

DATE: November 22, 2023

_____
Present Attorney
FENNEMORE CRAIG, P.C.
Therese Shanks, Esq. NV Bar #12890
7800 Rancharrah Parkway
Reno, NV 89511

I consent to the above substitution.

DATE: November 22, 2023

_____
Present Attorney
STRADLEY RONAN STEVENS & YOUNG, LLP
Andrew Stuztman, Esq.
PA Bar No. 72922 (*Admitted pro hac vice*)
2005 Market Street, Ste. 2600
Philadelphia, PA 19103-7018

I am admitted to practice in this District.

I accept the above substitution.

DATED: November 22, 2023

_____
Retained New Attorney
MARQUIS AURBACH
Chad F. Clement, Esq.
NV Bar #12192
10001 Park Run Drive,
Las Vegas, NV 89145

MAC:17538-002 5295682_1

1  I am admitted to practice in this District.

2  I accept the above substitution.

3  DATED: November 22, 2023

Retained New Attorney
MARQUIS AURBACH
Alexander K. Calaway, Esq.
NV Bar #15188
10001 Park Run Drive,
Las Vegas, NV 89145

**APPROVED:**

DATED: November 29, 2023

UNITED STATES MAGISTRATE JUDGE