**Marquis Aurbach**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
acalaway@maclaw.com
  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INNOVATIV MEDIA GROUP, INC.; TTP8, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BEYS; RICHARD DE SILVA; LATERAL U.S. OPPORTUNITIES FUND AI, L.P.; LATERAL U.S. CREDIT OPPORTUNITIES FUND QP, L.P.; LATERAL CREDIT OPPORTUNITIES, LLC; LATERAL INVESTMENT MANAGEMENT, LLC; LATERAL FTE FEEDER, LLC; LATERAL JUSCOM FEEDER, LLC; FTE NETWORKS, INC.<br><br>Defendant. | Case Number:<br>2:22-cv-001184-JCM-EJY<br><br>(Consolidated with Case No. 2:22-cv-01362)<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS [ECF NO. 93]**<br><br>**(FIRST REQUEST)** |

Plaintiffs Innovativ Media Group, Inc. ("Innovativ") and TTP8, LLC ("TTP8") (and collectively, "Plaintiffs"), and Defendants Michael Beys, Richard De Silver, Lateral U.S. Opportunities Fund AI, L.P., Later U.S. Credit Opportunities Fund OP, L.P., Lateral Credit Opportunities, LLC, Lateral Investment Management, LLC Lateral FTE Feeding, LLC, Lateral Justcom Feeder, LLC and FET Networks, Inc. ("Defendants") (collectively "the Parties") by and through their respective counsels of record, hereby stipulate and agree and jointly request as follows:

1. On December 6, 2023, Defendants filed [ECF No. 93] their Renewed Motion to Dismiss, or in the Alternative for Summary Judgment as to Original Claims in Case No.

MAC:17538-002 5326095_1

2:22-cv-01184 Pleaded in Amended Complaint (ECF 34) and their Renewed Motion to Dismiss Innovativ's Claims in Consolidated Case No. 2:220cv001362-CDS-VCF, Amended Complaint (ECF 52).

2. Plaintiffs' opposition is due December 20, 2023, and a reply would be due December 27, 2023.

3. The Parties jointly request, stipulate, and agree to modify the existing deadlines as follows:

a. Plaintiffs' deadline to file a response to Defendants' Motion [ECF No. 93] shall be extended to **February 2, 2024;** and

b. Defendants' deadline to file reply to their Motion shall be extended to **February 16, 2024**.

| | |
|---|---|
| Dated this 20th day of December, 2023 | Dated this 20th day of December, 2023 |
| **MARQUIS AURBACH** | **LEX DOMUS LAW** |
| By:/s/ *Alexander K. Calaway* | By:/s/ *Daniel S. Cereghino* |
| Chad F. Clement, Esq.<br>Nevada Bar No. 12192<br>Alexander K. Calaway, Esq.<br>Nevada Bar No. 15188<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Plaintiffs | Daniel S. Cereghino, Esq.<br>Nevada Bar No. 11534<br>Brandi M. Planet, Esq.<br>Nevada Bar No. 11710<br>1712 Tesara Vista Place<br>Las Vegas, Nevada 89128<br>Attorneys for Defendants |

### ORDER

DATED: December 22, 2023.

_____
UNITED STATES DISTRICT JUDGE