**Marquis Aurbach**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
acalaway@maclaw.com
   *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INNOVATIV MEDIA GROUP, INC.; TTP8, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BEYS; RICHARD DE SILVA; LATERAL U.S. OPPORTUNITIES FUND AI, L.P.; LATERAL U.S. CREDIT OPPORTUNITIES FUND QP, L.P.; LATERAL CREDIT OPPORTUNITIES, LLC; LATERAL INVESTMENT MANAGEMENT, LLC; LATERAL FTE FEEDER, LLC; LATERAL JUSCOM FEEDER, LLC; FTE NETWORKS, INC.<br><br>Defendant. | Case No. 2:22-cv-001184-JCM-EJY<br><br>(Consolidated with Case No. 2:22-cv-01362)<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT [ECF NO. 93]**<br><br>**(SECOND REQUEST)** |

Plaintiffs Innovativ Media Group, Inc. ("Innovativ") and TTP8, LLC ("TTP8," and with Innovativ, "Plaintiffs"), and Defendants Michael Beys, Richard De Silver, Lateral U.S. Opportunities Fund AI, L.P., Later U.S. Credit Opportunities Fund OP, L.P., Lateral Credit Opportunities, LLC, Lateral Investment Management, LLC Lateral FTE Feeding, LLC, Lateral Justcom Feeder, LLC and FET Networks, Inc. (collectively, "Defendants," and with Plaintiffs, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree and jointly request as follows:

1.     On December 6, 2023, Defendants filed ECF No. 93, titled "Defendants': (1) Renewed Motion to Dismiss, or, in the alternative for Summary Judgment as to original

claims in Case No. 2:22-cv-01184 pleaded in Amended Complaint [ECF 34]; And (2) Renewed Motion to Dismiss Innovativ's claims in Consolidated Case No. 2:22-cv-01362-CDS-VCF, Amended Complaint [ECF 52]."

2.  Plaintiffs' opposition was due December 27, 2023, but on December 20, 2023, the Parties entered into a stipulation [ECF No. 95] to extend briefing deadlines, which the Court reduced to Order [ECF No. 96] on December 22, 2023, moving Plaintiffs' deadline to February 2, 2024.

3.  Since the Parties' first stipulation, one of Plaintiffs' counsel suffered from pneumonia, causing him to be unable to prepare Plaintiffs' opposition, while the other of Plaintiffs' counsel had a newborn baby in the same time period.

4.  The foregoing being submitted as good cause for an additional extension, the Parties now jointly request, stipulate, and agree to modify the existing deadlines as follows:

a.  Plaintiffs' deadline to file a response to Defendants' Motion [ECF No. 93] shall be extended from February 2, 2024 to **February 16, 2024**; and,

b.  Defendants' deadline to file reply to their Motion shall be extended from February 16, 2024 to **March 1, 2024**.

| Dated this 31st day of January, 2024 | Dated this 31st day of January, 2024 |
|---|---|
| **MARQUIS AURBACH** | **LEX DOMUS LAW** |
| By: */s/ Chad F. Clement*<br>　　Chad F. Clement, Esq.<br>　　Nevada Bar No. 12192<br>　　Alexander K. Calaway, Esq.<br>　　Nevada Bar No. 15188<br>　　10001 Park Run Drive<br>　　Las Vegas, Nevada 89145<br>　　Attorneys for Plaintiffs | By: */s/ Daniel S. Cereghino*<br>　　Daniel S. Cereghino, Esq.<br>　　Nevada Bar No. 11534<br>　　Brandi M. Planet, Esq.<br>　　Nevada Bar No. 11710<br>　　1712 Tesara Vista Place<br>　　Las Vegas, Nevada 89128<br>　　Attorneys for Defendants |

**ORDER**

DATED: February 5, 2024

_____
UNITED STATE DISTRICT JUDGE

MAC:17538-002 5367479_1.DOCX